UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KARIE KENNEDY, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:12CV40 JCH |
| ) | |
| BOULEVARD BANK, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

Pursuant to a telephone conference held on **April 11, 2012**,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Monday, June 11, 2012**, within which to file her Motion for Conditional Class Certification.

**IT IS FURTHER ORDERED** that Defendant is granted until **Wednesday, July 11, 2012**, within which to file its response to Plaintiff's Motion for Conditional Class Certification.

**IT IS FURTHER ORDERED** that Plaintiff is granted until **Monday, July 23, 2012**, within which to file her reply, if any.

**IT IS FURTHER ORDERED** that the parties are granted leave to engage in discovery to prepare for conditional class certification briefing.

Dated this  11th   day of April, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE